NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINA FRANCO,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2020-1499

---

Petition for review of the Merit Systems Protection Board in No. SF-4324-19-0187-I-2.

---

**JUDGMENT**

---

BRIAN J. LAWLER, Pilot Law, P.C., San Diego, CA, argued for petitioner.

ASHLEY AKERS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JEFFREY B. CLARK, GEOFFREY MARTIN LONG, CLAUDIA BURKE, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>December 18, 2020</u>         <u>/s/ Peter R. Marksteiner</u>
Date                                    Peter R. Marksteiner
                                        Clerk of Court